# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2009

Marilyn Kelly,
Chief Justice

138269

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

J.T. HUEY, Personal Representative of the
Estate of Diann Huey,
          Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY and
JEMMIE L. RUFFIN,
          Defendant-Appellant.

SC: 138269
COA: 282136
Wayne CC: 07-701469-NF

_____/

      On order of the Court, the application for leave to appeal the January 13, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2009

0610

_____
Clerk